**STATE OF LOUISIANA**  19-8240
**PARISH OF RAPIDES**
**9TH JUDICIAL DISTRICT**
ITEM # 19-8240

## AFFIDAVIT FOR ARREST WARRANT

**STATE OF LOUISIANA**
**VERSUS**
**JERRY WALES JR, White Male**
3905 Hwy 121, Boyce, LA, 71409
DOB: 08/30/1962, SSN: ███
Height: 69, Weight: 165, Eye Color: Brown, Hair Color: Brown
D/M:

I, ST Casey Wallace, with the Louisiana State Police, certify under oath based on the information outlined below, that there is probable cause to believe **JERRY WALES JR** on or about **07/17/2019** and did commit:
1 Count of RS40:967--PROHIBITED ACTS; SCHEDULE II CDS (Distribution of CDS II-Methamphetamine)-- (FELONY)

within this State and Parish at

3905 Hwy 121

Boyce, LA

, and the jurisdiction of the 9TH Judicial District Court, contrary to the form of the statutes of the State of Louisiana in such case made and provided, and against the peace and dignity of the same, in that the following did occur:

In July 2019, the Louisiana State Police Alexandria Field Office (LSP/ALO) began investigating Jerry D. Wales Jr. (WALES) (W/M, DOB: 08-30-1962, S/N: ███) regarding the distribution of methamphetamine in Rapides Parish.

On July 17, 2019, LSP Agents conducted an operation where a confidential informant (CI) was directed to purchase methamphetamine from WALES at 3905 Hwy 121 in Boyce, LA. The operation was successful and the CI purchased approximately 4.62 grams of suspected methamphetamine from WALES at the above address.

On July 18, 2019, I, ST. Wallace, submitted the evidence to the North Louisiana Criminalistics Lab for drug analysis (NWA-2233-2019).

On July 24, 2019, I requested and received a six person photo line up from the Louisiana Fusion Center. The CI was presented with the photo line up. The CI positively identified Jerry Wales Jr. (WALES) as the white male that supplied the methamphetamine.

On August 6, 2019, I received a North Louisiana Criminalistics Laboratory results for the above operation. The sample submitted were analyzed by gas chromatography/mass spectrometry and determined to contain Methamphetamine, Schedule II.

Therefore, Jerry Wales Jr. violated the provisions of **LA R.S. 40:967** in that he Distributed Methamphetamine in Rapides, Louisiana.


EXHIBIT A

| Page 1 of 3 | | Wednesday, October 02, 2019 15:24:14 |
|---|---|---|

**STATE OF LOUISIANA**   19-8240
**PARISH OF RAPIDES**
**9TH JUDICIAL DISTRICT**
ITEM # 19-8240

I hereby certify under oath the information contained herein to be true and correct, to the best of my knowledge, under penalties of perjury, so help me God.

_____
ST Casey Wallace
Affiant

THUS DONE AND PASSED on the 2 day of October, 2019.

_____
Greg Beard
Judge, 9th Judicial District

State of Louisiana

**STATE OF LOUISIANA**   19-8240
**PARISH OF RAPIDES**
**9TH JUDICIAL DISTRICT**
ITEM # 19-8240

## ARREST WARRANT

**State of Louisiana**
**Versus**
**JERRY WALES JR, White Male**
3905 Hwy 121, Boyce, LA, 71409
**DOB: 08/30/1962, SSN:** ▉▉▉▉▉▉
Height: 69, Weight: 165, Eye Color: Brown, Hair Color: Brown
D/M:

TO ANY COMMISSIONED PEACE OFFICER:

WHEREAS, complaint has been made to me, upon the sworn affidavit of **ST Casey Wallace**, with the Louisiana State Police, charging one **JERRY WALES JR** with

1 Count of RS40:967--PROHIBITED ACTS; SCHEDULE II CDS (Distribution of CDS II-Methamphetamine)-- (FELONY)

Committed on or about 07/17/2019.

Now, therefore, you are hereby commanded, in the name of the State, to apprehend and arrest and book the said accused to answer the said complaint. You are further commanded to keep the said accused in safe custody until released according to law, and this shall be your warrant.

Given under my official signature, this 2 day of October, 2019.

_____
Greg Beard
Judge, 9th Judicial District

Judge, 9TH Judicial District
State of Louisiana

| Page 3 of 3 | | Wednesday, October 02, 2019 15:24:14 |

LAVERGNE 67